Filed November 21, 1895.

---

No 1,808.

## HARNESS *v.* ROSS.

RECORD.—*Answer Stricken Out, When a Part of Record on Appeal.*— A paragraph of an answer stricken out on the trial is not part of the record on appeal, unless made so by bill of exceptions or an order of the court, even though copied into the transcript by the clerk.

HARMLESS ERROR.—*Defense.—Striking Out Affirmative Answer.— Same Facts Provable Under General Denial.—Appeal.*—Matter of defense pleaded in a paragraph of an answer which does not constitute a plea in abatement, or set-off, or a plea of the statute of limitations, may, under R. S. 1894, section 1528 (R. S. 1881, section 1460), be given in evidence without plea, so that the striking out of such paragraph, even though error, is harmless.

From the Howard Circuit Court.

*J. C. Herron* and *B. F. Harness*, for appellant.

*Blacklidge, Shirley & Moon*, for appellee.

DAVIS, J.—This action was instituted by the appellee against the appellant before a justice of the peace. From the judgment rendered by the justice, an appeal was prosecuted to the circuit court. In the circuit court the appellee filed an amended complaint. The appellant answered in four paragraphs. On motion of the

appellee the fourth paragraph of the answer was stricken out. A trial by a jury resulted in a verdict and judgment against the appellant, from which this appeal is prosecuted.

The only error assigned in this court is that the court erred in sustaining the motion to strike out the fourth paragraph of the answer to the amended complaint.

It is conceded by counsel for the appellant that the fourth paragraph of the answer was not a plea in abatement. If the answer is properly in the record it is apparent that it does not attempt to plead as a defense either set-off or the statute of limitations. Therefore the matter of defense therein pleaded might have been given in evidence without plea. Section 1528, R. S. 1894.

Counsel for appellee contend that no question is presented by the record for our consideration. The fourth paragraph of the answer has not been made a part of the record by bill of exceptions or an order of court. Counsel therefore insist that when the answer was stricken out by the court it no longer formed a part of the record of the case, and that the act of the clerk in copying the stricken out paragraph into the transcript does not make it a part of the record. This position is supported by the authorities. *Carrothers* v. *Carrothers*, 107 Ind. 530.

There is no error in the record.

Judgment affirmed.

Filed November 21, 1895.